**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wayne Neal JENKINS, Defendant–**
**Petitioner.**

No. 06–35478.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 20, 2007.

Leslie K. Baker, Esq., United States Attorney's Office, Eugene, OR, for Plaintiff–Appellee.

Wane Neal Jenkins, Sheridan, OR, pro se.

Craig J. Gabriel, Esq., Ransom & Blackmon, LLP, Portland, OR, for Defendant–Petitioner.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Wayne Neal Jenkins appeals from the district court's judgment denying his 28 U.S.C. § 2255 motion challenging his 360–month sentence. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Jenkins contends that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), applies retroactively on collateral review and entitles him to relief. These contentions are foreclosed by this court's decision in *United States v. Cruz,* 423 F.3d 1119, 1120–21 (9th Cir. 2005), *cert. denied,* ⸺ U.S. ⸺, 126 S.Ct. 1181, 163 L.Ed.2d 1138 (2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.